## SCOTT DAWKINS *v.* COMMISSIONER OF CORRECTION

The petitioner Scott Dawkins' petition for certification for appeal from the Appellate Court, 60 Conn. App. 901 (AC 20179), is denied.

*Raymond J. Rigat,* in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided November 29, 2000

## STATE OF CONNECTICUT *v.* JULIE BROWN

The defendant's petition for certification for appeal from the Appellate Court (AC 20374) is denied.

*Norman A. Pattis,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided November 29, 2000

## CITICORP MORTGAGE, INC. *v.* RICHARD M. TARRO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 20998) is denied.

NORCOTT, SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Max F. Brunswick,* in support of the petition.

*Michele D. Sensale,* in opposition.

Decided November 29, 2000